

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2020

No. 04-20-00339-CV

**IN THE INTEREST OF K.T.H.**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00533
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The clerk's record in this case has been filed. It does not contain the signed, written order or judgment that the appellant desires to appeal. In order for this court to have jurisdiction, an appealable order or judgment must be written and signed by the trial court. *In re M.R.G.*, No. 04-17-00623-CV, 2017 WL 4938422, at *1 (Tex. App.—San Antonio Nov. 1, 2017, no pet.) (mem. op.). "An oral ruling, not reduced to writing and signed by the trial court, is not a final or otherwise appealable judgment or order." *Id.*; *see* TEX. R. APP. P. 26.1 (appellate timetable runs from the date the judgment or order is signed); *Farmer v. Ben E. Keith Co.*, 907 S.W.2d 495, 496 (Tex. 1995) (per curiam). "A trial court's oral pronouncement and docket entry are not an acceptable substitute for a written order. *Emerald Oaks Hotel/Conf. Ctr., Inc. v. Zardenetta*, 776 S.W.2d 577, 578 (Tex. 1989) (per curiam) (orig. proceeding).

It therefore appears to the court that the order or judgment appellant desires to appeal is not appealable. We **ORDER** appellant to show cause in writing to this court within 15 days of this order why this appeal should not be dismissed for lack of jurisdiction. If a supplemental clerk's record is required to demonstrate our jurisdiction, appellant must (a) ask the trial court clerk to prepare the record, and (b) notify this court that such a request was made. We further order the appellate deadlines suspended until further order of this court. If appellant fails to file a satisfactory response by the date ordered, the appeal will be dismissed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2020.



MICHAEL A. CRUZ,
Clerk of Court